UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

SHERILYN HOYE,

        Defendant.
_____/

NO. CR. S-07-159 LKK

O R D E R

    The court is in receipt of a document entitled "Motion for Hearing on Motion for Reduction of Sentence", etc. The United States Attorney is directed to answer same within fifteen (15) days from the date of this order.

    IT IS SO ORDERED.

    DATED: October 7, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1